IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JERMAINE DUANE IRVIN**                                          **PLAINTIFF**
Reg #45966-177

v.                               Case No: 2:24-cv-00146-LPR

**GARRETT, et al.**                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 22). No objections have been filed, and the time for doing so has expired.[1] After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Amended Complaint (Doc. 16) is DISMISSED without prejudice for failure to state a plausible constitutional claim for relief. The Clerk is directed to close this case. The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 10th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court has reviewed Plaintiff's Notices (Docs. 23, 24, & 25), which were filed well after the 14-day window for objections had expired. Despite their late filing, to the extent those Notices can be construed as objecting to the RD, the Court has considered them accordingly.